OPINION — AG — ** COUNTY COMMISSIONERS — PAYMENT FOR EXAMINATION OF PERSON TO BE HIRED BY COUNTY IN HAZARDOUS OCCUPATIONS ** BOARDS OF COUNTY COMMISSIONERS MAY LAWFULLY PAY FROM COUNTY FUNDS THE EXPENSE OF PHYSICAL EXAMINATIONS BY A PHYSICIAN OF PERSONS THEY CONTEMPLATE EMPLOYING IN HAZARDOUS OCCUPATIONS COVERED BY THE WORKMEN'S COMPENSATION INSURANCE. CITE: 85 O.S. 1971 174 [85-174] 85 O.S. 1971 149 [85-149] (J. ANGELA ABLES)